UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Joel Reyes Martinez, | § | |
|             Plaintiff, | § | |
| versus | § | Civil Action H-22-3173 |
| Banc of America Funding Corp. 2006-7, U.S. Bank National Ass'n, as Trustee, | § | |
|            Defendant. | § | |

## Final Dismissal

Having been advised that the parties stipulate to dismissal, this case is dismissed with prejudice. (8)

Signed on October 31, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge